THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM NELSON, Appellant.

(Submitted October 15, 1906; decided October 23, 1906.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered April 9, 1906, at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made on the grounds that the appellant had failed to serve a proposed case, file any return or take any steps toward the prosecution of the appeal.

*William Travers Jerome, District Attorney (Alexander A. Mayper* of counsel), for motion.

No one opposed.

Motion denied. Appeal to be perfected in sixty days; in default thereof the district attorney is at liberty to renew the motion to dismiss.